**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
ST. PAUL FIRE AND MARINE      )
INSURANCE COMPANY,            )
                              )
             Plaintiff,       )
V.                            )     Civil Action No. 1:02cv29
                              )
TIG INSURANCE COMPANY,        )
CNA CASUALTY COMPANY OF       )
CALIFORNIA, INC.              )
AND                           )
AMERICAN INTERNATIONAL        )
SPECIALTY LINES INSURANCE     )
COMPANY,                      )
                              )
             Defendants.      )
_____)
```

**ORDER**

⎯⎯⎯⎯⎯This matter comes before the Court on the Motion for Entry of Judgment by defendant TIG Insurance Company, and it appearing that good cause exists for granting such motion, it is hereby

ORDERED that summary judgment is GRANTED in favor of plaintiff St. Paul Fire and Marine Insurance Company against defendant American International Specialty Lines Insurance Company and summary judgment is GRANTED in favor of defendant TIG Insurance Company against defendant American International Specialty Lines Insurance Company, it is

FURTHER ORDERED that St. Paul Fire and Marine Insurance Company and TIG Insurance Company be and are hereby awarded their

costs in this matter, in the amounts to be determined by the Clerk of Court, against American International Specialty Lines Insurance Company.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 5   , 2005